

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00379-CV

———————————————

IN RE PACCAR INC., Relator

———————————————

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 20-7529-367

———————————————

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered relator's "Motion to Dismiss for Mootness." We grant the motion and dismiss this original proceeding and relator's pending "Request for Emergency Relief—Motion for Stay" as moot.

Per Curiam

Delivered: October 5, 2022